AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **JOSE LUIS SANTOS**<br>**also known as Luis Jose Santos**<br>**DOB:  xx/xx/1966** | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____June 28, 2005___ in ____Washington, D.C.____ county, in the District of ___Columbia___ defendant(s) did, (Track Statutory Language of Offense)

utter, attempt to use, and possess  an alien registration receipt card knowing it to be forged, counterfeited, altered, or falsely made, or  to have been otherwise procured by fraud or unlawfully obtained

in violation of Title ____18____ United States Code, Section(s) ___1546(a)___ .

I further state that I am _____David J. Papazian, Senior Special Agent with U.S. Immigration and Customs Enforcement, Department of Homeland Security_ ,  and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes       ☐ No

AUSA, Catharine Hartzenbusch (202) 353-8822
Sworn to before me and subscribed in my presence,

Signature of Complainant
David J. Papazian, Senior Special Agent
U.S. Bureau of Immigration and Customs Enforcement
Department of Homeland Security

_____      at      ____Washington, D.C.____
Date                                             City and State

_____         _____
Name & Title of Judicial Officer                Signature of Judicial Officer