AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

JOSE LUIS SANTOS
also known As Luis Jose Santos

**WARRANT FOR ARREST**

CASE NUMBER: 05 - 0445 M - 01

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jose Luis Santos _____
                                                   Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

uttering, attempting to use, and possessing an alien registration receipt card knowing it to be forged, counterfeited, altered, or falsely made, or to have been otherwise procured by fraud or unlawfully obtained

in violation of Title 18  United States Code, Section(s) 1546(a) .

**FILED**

**AUG 1 1 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALAN KAY
U.S. MAGISTRATE JUDGE

_____
Name of Issuing Officer

Title of Issuing Officer

AUG 08 2005 District of Columbia

_____
Signature of Issuing Officer

Date and Location

Bail fixed at $ _____    by _____
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-8-05 | SEAN McLEOD SDUSM | Sean McLeod |
| DATE OF ARREST 8-11-05 | | |